UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLEOUS DARRELL CLAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 25-3726 (UNA) |
| DEPARTMENT OF DEFENSE, *et al.*, | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

This matter is before the Court on initial review of plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, *pro se* complaint, ECF No. 1, and motion to appoint counsel, ECF No. 3. The Court will grant the application, dismiss the complaint without prejudice, and deny the motion without prejudice as moot.

"A complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)). A complaint that lacks "an arguable basis either in law or in fact" is frivolous, *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and the Court cannot exercise subject matter jurisdiction over a frivolous complaint, *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974) ("Over the years, this Court has repeatedly held that the federal courts are without power to entertain claims otherwise within their jurisdiction if they are 'so attenuated and unsubstantial as to be absolutely devoid of merit.'") (quoting *Newburyport Water Co. v. Newburyport*, 193 U.S. 561, 579 (1904)); *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009) (examining cases dismissed "for patent insubstantiality," including where plaintiff allegedly "was subjected to a campaign of surveillance and harassment deriving from uncertain

1

origins."). Consequently, a Court is obligated to dismiss a complaint as frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible," *Denton v. Hernandez*, 504 U.S. 25, 33 (1992), or "postulat[e] events and circumstances of a wholly fanciful kind," *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981).

Plaintiff's fanciful assertions, among which are allegations that we all are "secretly under Espionage, Cybersecurities, illegal spy hackings, security attacks, through a transhuman gray being and a brain computer interface cyborge, that was genetically engineered and uploaded . . . through [plaintiff's] body and brain," Compl. at 9, are, indeed, frivolous. The Court cannot exercise jurisdiction over a frivolous complaint. A separate order will issue.

Date: November 24, 2025

TREVOR N. McFADDEN
United States District Judge